Jesse HARROD, Petitioner–Appellant,

v.

A.K. SCRIBNER, Warden, Respondent–Appellee.

No. 08–56203.

United States Court of Appeals, Ninth Circuit.

Filed Jan. 13, 2015.

Jesse Harrod, Imperial, CA, pro se.

Shawn R. Perez, Law Offices of Shawn R. Perez, Las Vegas, NV, Errol Henry Stambler, Esquire, Law Offices of Errol H. Stambler, P.L.C., Los Angeles, CA, for Petitioner–Appellant.

Colleen Mary Tiedemann, Deputy Attorney General, David Wildman, AGCA–Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before: THOMAS, Chief Judge, and PREGERSON and CALLAHAN, Circuit Judges.

## ORDER

The memorandum disposition filed on August 24, 2010 is withdrawn. The peti-

tion for rehearing and rehearing en banc is DENIED as moot.

In light of the newly uncovered transcript of the June 30, 2000 voir dire proceedings, as well as this Court's opinion in *Jamerson v. Runnels*, 713 F.3d 1218 (9th Cir.2013), this case is REMANDED to the district court for further proceedings on Mr. Harrod's *Batson* claim.

Judge Callahan would not remand this matter to the district court because she finds that Harrod's claim is exhausted and unavailing under the AEDPA doubly deferential standard of review.